## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LARRY A. SPRINGER,** | ) |
| Plaintiff, | ) 8:05CV41 |
| vs. | ) ORDER |
| **UNION PACIFIC CORPORATION,** et al., | ) |
| Defendants. | ) |

This matter is before the court on the defendant Union Pacific Corporation's Withdrawal of Motion for Protective Order (Filing No. 28). The movant seeks to withdraw its Motion for Protective Order (Filing No. 27). Upon consideration,

**IT IS ORDERED:**

1. The defendant Union Pacific Corporation's Withdrawal of Motion for Protective Order (Filing No. 28) is granted.

2. The Clerk shall term Union Pacific Corporation's Motion for Protective Order (Filing No. 27) on the docket.

Dated this 15th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge