# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LARRY A. SPRINGER,** | ) | |
| Plaintiffs, | ) | 8:05CV41 |
| vs. | ) | ORDER |
| **UNION PACIFIC CORPORATION, et al.,** | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Joint Motion to Continue Pretrial Hearing and Trial Date (Filing No. 53). The parties seek an indefinite continuance of the pretrial and trial dates. The parties state the matter will likely be resolved on the pending cross motions for summary judgment. Upon consideration,

**IT IS ORDERED:**

1. The parties' Joint Motion to Continue Pretrial Hearing and Trial Date (Filing No. 53) is granted.

2. The pretrial conference and trial dates previously scheduled are continued until further order of the court.

3. In the event the cross motions for summary judgment do not completely resolve this matter, counsel shall participate in a telephone planning conference with the undersigned magistrate judge within ten days after the resolution of the cross motions for summary judgment. Plaintiff's counsel shall initiate the telephone conference after scheduling such conference with opposing counsel and the court.

DATED this 20th day of April, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge